# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ARKMAEL RAY SALES,

      Plaintiff,

vs.                                                   Case No.: 2:17-cv-689
                                                     JUDGE GEORGE C. SMITH
                                                     Magistrate Judge Jolson

ARTHUR HALE, *et al.*,

      Defendants.

## ORDER

      On August 11, 2017, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's application to proceed *in forma pauperis* be **GRANTED** and that Plaintiff's Complaint be dismissed. (*See Report and Recommendation*, Doc. 4). The parties were advised of their right to object to the *Report and Recommendation.* This matter is now before the Court on Plaintiff's Objections to the *Report and Recommendation and Order.* (*See* Doc. 7). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

      The objections present the same issues considered by the Magistrate Judge in the *Report and Recommendation.* Plaintiff again restates all of his claims against the Defendants in this case, but he has failed to objects to sufficiently plead a constitutional claim against the Defendants. He has failed to allege allegations of more than mere negligence against his treating medical professionals. Further, he continues to raise issues with the grievance process for inmates, however, the Magistrate Judge clearly addressed this issue as there is no constitutional

right to an effective grievance procedure. Therefore, for the reasons stated in the *Report and Recommendation and Order*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation and Order,* Document 4, is **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby **DISMISSED** for failure to state a claim. Additionally, Plaintiff's Motion to Waive Strict Compliance is **DENIED**.

The Clerk shall remove Documents 2, 4, and 7 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**